United States District Court

Eastern District of Louisiana

Terrebonne Parish

v.                                          CIVIL ACTION NO. 2:00-cv-00444
                                                                      R(2)
Falco S & D Inc


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, February 11, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD<br><br>VERSUS<br><br>FALCO S & D, INC., TEXACO INC. GEONET GATHERING, INC., SCURLOCK PERMIAN L.L.C. | CIVIL ACTION<br><br>NO: 00-0444<br><br>SECT. R MAG. 2<br><br>MAGISTRATE ( ) |

### NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Scurlock Permian L.L.C. (hereinafter referred to as "Scurlock") and files this Notice of Removal in the above-captioned case for the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana to United States District Court for the Eastern District of Louisiana and avers as follows:

I.

On January 11, 2000, Scurlock received Service of Process of Citation and

N0470070.1

Petition for Damages from the 32nd Judicial District Court, Parish of Terrebonne, State of Louisiana, in the case entitled, "Terrebonne Parish School Board v. Falco S & D, Inc., Texaco Inc., Geonet Gathering, Inc., Scurlock Permian L.L.C.," bearing docket number 12061, served upon it through its agent, CT Corporation, 8550 United Plaza Boulevard, Baton Rouge, Louisiana. All pleadings known to have been filed in the state court action are attached hereto in globo as Exhibit "A."

II.

This Notice of Removal is filed within the appropriate time limits set forth under 28 USC 1446(b), the notice having been filed within thirty (30) after the receipt of the state court proceedings.

III.

Texaco Inc. is a corporation whose state of incorporation is Delaware and whose principal place of business is in Texas; and, accordingly, its citizenship for purposes of diversity under 28 USC 1332 is a state other than the State of Louisiana.

IV.

Scurlock is a corporation whose state of incorporation is Delaware and whose principal place of business is in Texas; and, accordingly, its citizenship for purposes of diversity under 28 USC 1332 is a state other than the State of Louisiana.

N0470070 1

2

V.

Geonet Gathering, Inc. is a corporation whose state of incorporation is Texas and whose principal place of business is in Texas; and, accordingly, its citizenship for purposes of diversity under 28 USC 1332 is a state other than the State of Louisiana.

VI.

Falco S & D, Inc. is an unserved nominal party defendant in this dispute. Indeed, the Terrebonne Parish Deputy Sheriff could not serve Falco and, in fact, on the Sheriff's Return, the Deputy noted, "After due and diligent search I fail to find the within named, because Falco S-D is no longer in business - sold out." (See Exhibit "B") An inquiry with the Secretary of State revealed that Falco S & D filed a Notice of Interest to Dissolve on December 23, 1998. Thus, upon information and belief, Falco S & D is not a viable party defendant and is thus a nominal party in this matter.

VII.

The plaintiff, Terrebonne Parish School Board, is a resident of the Parish of Terrebonne, State of Louisiana, as is clearly set forth in the original Petition.

VIII.

The accidents of which plaintiff complains occurred in the State of Louisiana, as is clearly set forth in the original Petition.

IX.

This is a civil action where the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and costs and is between citizens of different states, to wit, a claim by a Louisiana citizen against non-Louisiana citizens over which this Court has original jurisdiction pursuant to diversity of citizenship under the provisions of 28 USC 1332 and one which may be removed by this Court under the provisions of 28 USC 1441.

X.

In accordance with 28 USC 1446(b), notice of filing of this Notice of Removal will promptly be given to all parties and to the Clerk of the 32nd Judicial District Court for the Parish of Terrebonne, State of Louisiana.

XI.

Defendants, Texaco Inc. and Geonet Gathering, Inc. consent to this removal as attached hereto in globo Exhibit "C." Consent is not required of neither Falco S&D, nor its apparent successor, Genesis Crude, L.L.P., as neither party has been properly served.

**WHEREFORE**, Scurlock Permian L.L.C., with the consent of all other defendants, respectfully requests that the proceeding pending in the 32nd Judicial District Court for the Parish of Terrebonne captioned, "Terrebonne Parish School

Board v. Falco S & D, Inc., Texaco Inc., Geonet Gathering, Inc., Scurlock Permian L.L.C." be removed to the United States District Court for the Eastern District of Louisiana.

 Respectfully submitted,

_____
WAYNE G. ZERINGUE, JR., T.A. (#18516)
NORMAN E. ANSEMAN, III (#24943)
Jones, Walker, Waechter,
Poitevent, Carrère & Denègre, L. L. P.
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: 594-582-8000
Attorneys for Scurlock Permian L.L.C.

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing pleading has been sent to opposing counsel of record, this 10 day of February, 2000

_____

N0470070 1

5