

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NO. 00-444 |
| FALCO S & D INC., ET AL | SECTION: "R"(2) |

## ORDER TRANSFERRING CASE DUE TO COLLATERAL PROCEEDINGS

It has come to the Court's attention that the above captioned matter is related to Civil Action No. 00-310, *Terrebonne Parish School Board vs. Mobil Oil Corp.*, presently pending in Section "E"(5) of this Court.

Accordingly;

**IT IS ORDERED** that the above captioned matter is hereby transferred to "E"(5) for further proceedings.

New Orleans, Louisiana, this 15th day of February, 2000.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

FEB 16 2000

TRANSFERRED TO SECT E MAG 5

FEB 17 2000
DATE OF ENTRY

Fee
Process
X Dktd
CtRmDep
Doc.No.