

**MINUTE ENTRY**
**CHASEZ, M.J.**
**FEBRUARY 22, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERREBONNE PARISH SCHOOL BOARD** | CIVIL ACTION |
| **VERSUS** | NUMBER: 00-0444 |
| **FALCO S&D, INC., ET AL.** | SECTION: "E"(5) |

Oral argument on defendant's, Scurlock Permian, L.L.C., Motion for More Definite Statement will be conducted on March 15, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana. The Court will not be hearing motions on March 8, 2000, the originally noticed hearing date.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY  FEB 28 2000

Fee____
Process____
X /Dktd____
____CtRmDep
Doc.No.____