FILED
U.S. DISTRICT COURT

2000 APR 27 P 4:46

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERREBONNE PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NO. 00-310 C/W 00-425<br>00-426, 00-428, 00-443<br>00-444, 00-461, 00-462<br>00-468 |
| MOBIL OIL CORPORATION, ET AL. | SECTION "F" |

### TRANSFER ORDER

The above captioned cases were transferred to Section "F" of this Court as being related to C. A. 00-201 "F". After review of the records the Court finds that the above cases are not related to C. A. 00-201 "F". Therefore;

IT IS ORDERED that the above captioned cases are hereby transferred back to Section "B" of this Court.

New Orleans, Louisiana, this 27th Day of April, 2000.

APR 27 2000

**TRANSFERRED TO SECT. B**

DATE OF ENTRY
APR 2 8 2000

_____
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No. 13