

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH SCHOOL BOARD     CIVIL ACTION

VERSUS     NO. 00-444

FALCO S&D, INC., ET AL     SECTION: R(2)

## ORDER REALLOTTING CASE

Defendant, **SCURLOCK PERMIAN, LLC,** is represented by Jones, Walker, Waechter, Poitevent, Carrere & Denegre, in which the undersigned's husband, R. Patrick Vance, is a partner. I am therefore required to disqualify myself from acting on this case by 28 U.S.C. § 455 and Canon 3-C(1) of the Code of Judicial Conduct.

Accordingly,

**IT IS ORDERED** that the Clerk of Court reallot this matter to another section of this Court.

New Orleans, Louisiana, this 1st day of May, 2000.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

MAY 0 1 2000

REALLOTTED TO

SECT. T

DATE OF ENTRY

MAY - 2 2000