UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERREBONNE PARISH SCHOOL BOARD          CIVIL ACTION

VERSUS                                   NO: 00-444

FALCO S&D, INC., ET AL                   SECTION: "J"(2)

### ORDER TRANSFERRING CASE DUE TO COLLATERAL PROCEEDINGS

The Court having been informed that the above-captioned matter is related to <u>Terrebonne Parish School Board v. Falco S&D, Inc. et al</u>, Civil Action 00-425 pending in section D of this Court; accordingly,

**IT IS ORDERED** that the above captioned matter is hereby **TRANSFERRED** to Section "D".

New Orleans, Louisiana, this 11th day of May, 2000.

UNITED STATES DISTRICT JUDGE

TRANSFERRED TO:

SECT. D

DATE OF ENTRY
MAY 1 2 2000